UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Aaron Horwath,

    Plaintiff,

v.

Wells Fargo Bank, N.A.,

    Defendant.

Case No. 17-cv-0875 (WMW/KMM)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the Stipulation of Dismissal With Prejudice (Dkt. 14), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter, including all claims, counterclaims, and causes of action that were made or that could have been made in this action, is dismissed with prejudice and with each party bearing its own costs and attorneys' fees in connection with such claims.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 23, 2017

    s/Wilhelmina M. Wright
    Wilhelmina M. Wright
    United States District Judge